Thomas P. Burke, II - #009631
Shauna B. Yoder - #023540
BURKE ♦PANZARELLA♦ RICH
3550 N. Central Ave., Suite 1750
Phoenix, AZ  85012-2189
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Attorneys for Defendant Anxon, Inc.

# UNITES STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Penn-America Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Precept Construction, Inc., et. al.,<br><br>Defendants. | NO. 09-cv-00524-NVW<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>**(Honorable Neil V. Wake)** |
|---|---|

The parties, through respective undersigned counsel, hereby inform the court that good faith settlement talks have been held in this case.  At this date, the case has not been resolved; however, the parties are optimistic that a mutually satisfactory compromise will be reached in the very near future.  The parties will timely inform the Court of a compromise if and when it occurs.

DATED this 7th day of June, 2010.

THE DOYLE FIRM, P.C.

/s/  D. Andrew Bell
William H. Doyle
D. Andrew Bell
Attorneys for Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

BURKE ♦PANZARELLA♦ RICH


/s/ Shauna B. Yoder
Shauna B. Yoder
Attorneys for Defendant Anxon, Inc.

JONES, SKELTON & HOCHULI, P.L.C


/s/ Timothy J. Bojanowski
Timothy J. Bojanowski
Attorneys for Defendant Walgreen Arizona Drug Co.

KASDAN SIMONDS RILEY & VAUGHAN LLP


/s/ Stephen L. Weber
Stephen L. Weber
Attorneys for Defendant Sterling Trust Company, custodian f/b/o Alan G. Selbst IRA

The foregoing electronically filed this 7th day of June, 2010, with the

Clerk of the Court*
United States District Court
District of Arizona


/s/ Cheryl A. Long
(File No. 24-134)

-2-